PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Fuquan Bunn     Cr.: 20-00052-001
   PACTS #: 6390303

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/27/2020

Original Offense:    Count One: Conspiracy to Distribute Heroin and Cocaine Base: 21 U.S.C. Sec 841(b)(1)(B), a Class B Felony;
Count Two: Distribution and Possession with Intent to Distribute Heroin and Cocaine Base: 21 U.S.C. Sec 841(b)(1)(C), a Class C Felony

Original Sentence: 66 months imprisonment, on each count to run concurrently; 4 years supervised release on Count One and 3 years on Count Two, to run concurrently

Special Conditions: Drug Testing and Treatment; Gan/Criminal Associations Prohibition; Life Skills/Education; Supporting Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/01/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1     The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

     On June 13, 2023, Fuquan Bunn tested positive for the use of marijuana and oxycodone. The sample was sent to the national lab, and results are awaited.

U.S. Probation Officer Action:
On May 9, 2023, the Probation Office notified the Court that Mr. Bunn tested positive for marijuana and oxycodone on April 27, 2023. As noted above, he tested positive again for marijuana and oxycodone on June 13, 2023. The individual under supervision was verbally reprimanded for the use of substances. He was reminded that the use of narcotics, including marijuana, remains prohibited. Bunn has acknowledged

same. As a reminder to Your Honor, Bunn is a participant in the District of New Jersey's reentry program, ReNew. Bunn was also verbally reprimanded for his narcotics use during ReNew Court.

Bunn has been referred for both a mental health and substance abuse assessment at Oaks Integrated Care in Montclair, New Jersey. The probation officer will maintain contact with the treatment provider, monitor Bunn's participation in treatment, and update the Court accordingly. Therefore, the probation officer is respectfully requesting no further action be taken at this time to allow the individual under supervision to receive the treatment he needs.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MICHAEL L. LIEBES
Senior U.S. Probation Officer

/ mll

APPROVED:

_____  06/26/2023
CARRIE H. BORONA         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

_____
Date